## SCHEFE v. ST. LOUIS.

ERROR TO THE SUPREME COURT OF THE STATE OF MISSOURI.

No. 62. Argued April 12, 1904.—Decided May 16, 1904.

Decided on authority of *Fischer* v. *St. Louis, ante,* p. 361.

*Mr. G. N. Fickeissen,.* with whom *Mr. J. D. Johnson* was on the brief, for plaintiff in error.

*Mr. William F. Woerner,* with whom *Mr. Charles W. Bates* and *Mr. C. R. Skinker* were on the brief, for defendant in error.[1]

This case is similar to *Fischer* v. *St. Louis, ante,* p. 361, in every material particular, and, for the reasons stated in that case, is also

*Affirmed.*